[No. 8409–7–I.   Division One.   May 11, 1981.]

JOHN DOE, *Appellant*, v. THE DIVISION OF VOCATIONAL
REHABILITATION, DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 845412, Stephen M. Reilly, J., entered January
7, 1980. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by Swanson and Callow, JJ.

[No. 8237–0–I.   Division One.   May 11, 1981.]

EDWARD GINNEVER, ET AL, *Appellants*, v. WASHINGTON
NATURAL GAS COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 863678, Horton Smith, J., entered October 18,
1979. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Callow and Andersen, JJ.

[No. 8161–6–I.   Division One.   May 11, 1981.]

L–M NORTHWEST, INC., *Appellant*, v. JAMES J. BURKE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 832471, Horton Smith, J., entered October 19,
1979. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Callow and Andersen, JJ.

[No. 4154–II.   Division Two.   May 11, 1981.]

HOWARD T. MILLARD, ET AL, *Respondents*, v. ETHEL
HJELVIK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Jefferson County, No. 9283, Gerald B. Chamberlin, J.,
entered June 8, 1979. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Pearson and Petrich, JJ.